# SPECIAL ORDERS

*In this section are orders of the Court of general interest to the bench and bar of the state.*

*Order Entered February 12, 2016:*

PEOPLE v PERKINS; PEOPLE v WILLIAMS; PEOPLE v HYATT, Docket Nos. 323454, 323876, and 325741. The Court orders that a special panel shall be convened pursuant to MCR 7.215(J) to resolve the conflict between this case and *People v Skinner*, 312 Mich App 15; 877 NW2d 482 (2015) (Docket No. 317892).

The Court further orders that part IV, section C, of the opinion in this case, released on January 19, 2016, is vacated in its entirety. MCR 7.215(J)(5).

Appellant Hyatt may file a supplemental brief within 21 days of the Clerk's certification of this order. Appellee may file a supplemental brief within 21 days of the service of appellant's brief.

---

*Order Entered March 14, 2016:*

GARY STEVEN GARRETT v DARITA CAMILLE WASHINGTON, Docket No. 323705. The Court orders that a special panel shall not be convened pursuant to MCR 7.215(J) to resolve a conflict between this case and *Cynthia Adam v Susan Letrice Bell*, 311 Mich App 528 (Docket No. 319778, issued August 11, 2015).